FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP 1 2 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:16-CR-10-RWS-JCF |
| CARLOS SANCHEZ | : |
| | : |
| Defendant | : |

## ORDER

This matter is before the Court on the Report and Recommendation of

Magistrate Judge J. Clay Fuller [Doc. No. 336]. Defendant Sanchez has filed

objections to the Report and Recommendation [Doc. No. 342], and the Court has

reviewed his objections *de novo*. The Court is persuaded by the analysis contained

within the Report and Recommendation and finds that the post-arrest statements

about Defendant's nickname are admissible.

Defendant Sanchez's objections [Doc. No. 342] are OVERRULED, and the

Report and Recommendation [Doc. No. 336] is hereby approved and adopted as the

opinion and order of this Court. As such, Defendant's Motions to Suppress [Doc.

Nos. 80 and 88] are GRANTED in part and DENIED in part. Statements about

Defendant's iPhone passcodes and evidence found on his iPhones on February 17,

2016, after he provided his passcodes is suppressed. Other evidence, including

evidence obtained as the result of the warrantless search of his car and non-passcode protected cell phones on February 17, 2016, and his post-arrest statements about his nickname, is admissible.

SO ORDERED this 12th day of September, 2018.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)